UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO.09-20430

UNITED STATES OF AMERICA,

-V-

RICO REYNARD JACKSON,

                                                      /

ORDER DENYING MOTION TO SUPPRESS

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 25, 2010.

This matter is before the Court on Defendant's Motion to Suppress. For the reasons stated on the record on May 25, 2010;

IT IS ORDERED that the Motion to Suppress be and the same is hereby DENIED.

                                        s/Patrick J. Duggan
                                        Patrick J. Duggan
                                        United States District Judge

Dated: May 25, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 25, 2010, by electronic and/or ordinary mail.

                                        s/Marilyn Orem
                                        Case Manager