**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES of AMERICA,

      Plaintiff,          CASE NO. 09-CR-20430

vs.                              DISTRICT JUDGE PATRICK J. DUGGAN

RICO REYNARD JACKSON,    MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES AND FOR DISCLOSURE PRIOR TO EVIDENTIARY AND/OR TRIAL HEARINGS (DOCKET NO. 13)

This matter comes before the Court on Defendant's Motion for Government Agents to Retain Rough Notes and for Disclosure Prior to Evidentiary and/or Trial Hearings. (Docket no. 13). The Government has filed a Response. (Docket no. 24). The motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 16). The Court dispenses with oral argument on the motion pursuant to E.D. Mich. LCrR 12.1 and E.D. Mich. LR 7.1(e). This matter is now ready for ruling.

Defendant Rico Reynard Jackson, through counsel, moves for an Order requiring Government law enforcement officers to retain rough notes, rough drafts, incident reports, tape recordings, memoranda and work sheets taken as part of the Government's investigation. Defendant requests that the Government's rough notes be provided to defense counsel prior to any evidentiary hearing and/or trial. The Government does not oppose the motion and states that the Defendant may inspect its rough notes at the office of the Detroit FBI upon request. (Docket no. 24). Accordingly,

1

since the Government has agreed to the Defendant's request for relief, the motion will be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Government Agents to Retain Rough Notes and for Disclosure Prior to Evidentiary and/or Trial Hearings (docket no. 13) is **GRANTED**.

**NOTICE TO THE PARTIES**

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: June 14, 2010          s/ Mona K. Majzoub
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: June 14, 2010          s/ Lisa C. Bartlett
Case Manager