UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES of AMERICA,

      Plaintiff,           CASE NO. 09-CR-20430

vs.                           DISTRICT JUDGE PATRICK J. DUGGAN

RICO REYNARD JACKSON,    MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION REQUESTING NOTICE OF THE GOVERNMENT'S INTENTION TO OFFER OTHER CRIMES, WRONGS AND BAD ACTS EVIDENCE (DOCKET NO. 15)**

This matter comes before the Court on Defendant's Motion Requesting Notice of the Government's Intention to Offer Other Crimes, Wrongs and Bad Acts Evidence. (Docket no. 15). The Government has filed a Response. (Docket no. 22). The motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 16). The Court dispenses with oral argument on the motion pursuant to E.D. Mich. LCrR 12.1 and E.D. Mich. LR 7.1(e). This matter is now ready for ruling.

Defendant Rico Reynard Jackson, through counsel, moves for an Order requiring the Government to provide defense counsel with notice of all evidence of other crimes, wrongs, and/or bad acts which the Government may offer at trial pursuant to Federal Rule of Evidence 404(b). In response to the Defendant's request, the Government states that the only "other crimes" evidence it may introduce is the testimony of Jamo Hampton concerning drug sales between Hampton and the Defendant in 2005-2006. The Government states that the Defendant has been provided with

1

Hampton's statements related to these transactions. (Docket no. 22). Additionally, the Government agrees that in the event it discovers additional "other crimes" evidence, it will provide the Defendant with notice of such evidence prior to attempting to introduce the evidence at trial. Accordingly, since the Government has agreed to the Defendant's request for relief, the motion will be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion Requesting Notice of the Government's Intention to Offer Other Crimes, Wrongs and Bad Acts Evidence (docket no. 15) is **GRANTED**.

## NOTICE TO THE PARTIES

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: June 14, 2010          s/ Mona K. Majzoub
                              MONA K. MAJZOUB
                              UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: May 14, 2010           s/ Lisa C. Bartlett
                              Case Manager